

| | |
|---|---|
| 1 | Paul Adams (Bar No. 42,146) |
| | THE ADAMS LAW FIRM |
| 2 | California Address |
| | 550 West C Street, Suite 2000 |
| 3 | San Diego, California 92101 |
| | Telephone: 619-241-4810 |
| 4 | Facsimile: 619-955-5318 |
| 5 | Attorneys for Defendants |
| 6 | |
| | WYMAN & ISAACS, LLP |
| 7 | Bruce Issacs |
| | Carol Tenney |
| 8 | 8840 Wilshire Blvd. Suite 200 |
| | Beverly Hills, CA 90211-2606 |
| 9 | Telephone: (310) 358-3221 |
| 10 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTER REPLICAS, INC., a California corporation, now known as Corgi International Ltd., | Case No.: C 08-01011 PJH |
| Plaintiff, | **JOINT MOTION FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |
| v. | |
| LEVITATION ARTS, INC. a Kentucky corporation; KAREN A. SHERLOCK, an individual; MICHAEL F. SHERLOCK, an individual; and Does 1-100, Inclusive, | |
| Defendants. | |

Plaintiff, Master Replicas, Inc. (now known as Corgi International, Ltd. ("Corgi")), through its counsel, Wyman & Isaacs LLP, and Defendants, Levitation Arts, Inc., Karen A. Sherlock and Michael F. Sherlock, by and through their counsel, The Adams Law Firm, pursuant to 28 U.S.C. § 1404(a) move the Court to transfer this cause for trial to the United States District Court for the Central District of California, Southern Division - Santa Ana Courthouse, and as their grounds state as follows:

Motion to Transfer 1

1   The subject matter of this controversy arises out of and in connection with a
2   License Agreement entered into by and between Corgi and Levitation Arts in or about
3   June 2006. The Agreement provided that in the event of a dispute: "Each of the parties to
4   this agreement consents to the exclusive jurisdiction and venue of the courts of the state
5   and federal courts of San Francisco, California."
6   Plaintiff commenced this action in the Superior Court of California for the County
7   of San Francisco by filing and delivering a copy of the Complaint to counsel for
8   Defendants on or about January 9, 2008. Counsel for Defendants signed an
9   Acknowledgment of Receipt of Service on January 25, 2008 for each of the three
10  Defendants.
11  On February 20, 2008 Defendants filed a Notice of Removal to this Court. This
12  Court is the only alternative court in which the action might have been brought pursuant to
13  the venue provisions of the License Agreement and is required by 28 U.S.C. § 1446 (a) (".
14  . . filing a notice of removal in the district court of the United States for the district in
15  which the action is pending.").
16  Counsel for the parties have discussed the convenience of the witnesses and the
17  interest of justice with respect to trial of this matter and have concluded that, and agree
18  that, this action should be transferred to the United States District Court for the Central
19  District of California, Southern Division - Santa Ana Courthouse. The witnesses that are
20  believed to be the most likely to be called are those involved in negotiation of the License
21  Agreement, and the performance of certain duties and obligations pursuant to the terms of
22  the License Agreement. The parties have discussed the location of those witnesses; all of
23  these witnesses reside and/or work in the Los Angeles and Orange County areas. Most of
24  these witnesses would not be amenable to service of process in this district. There are no
25  non-party witnesses residing in the Northern District of California. The books and records
26  that are likely to be required as exhibits in this matter reside either in the files of
27  Defendant Levitation Arts, Inc. in Boerne, Texas or in Los Angeles or Orange County.
28  Other documents and physical exhibits (prototypes) are located in Los Angeles and/or

Motion to Transfer 2

1. Orange counties.

2. The controversy in this matter has no contact with this district other than the fact that Plaintiff and Defendants agreed to limit exclusive jurisdiction and venue to the state and Federal courts in San Francisco, California. The parties at that time contemplated that the performance of the contract would take place in this District but in fact the performance took place almost exclusively in the Los Angeles and Orange counties.

The forum for the Southern Division of the Central District of California has been agreed upon by the parties as the most convenient one for the necessary and proper witnesses to attend, and a trial in that forum would incur far less cost and would produce a greater saving of time for almost all concerned. Under the circumstances, it would be consistent with the intent and purpose of Section 1404(a) and for the convenience of the parties and witnesses and in the interest of justice to transfer this cause to the Southern Division of the Central District of California for trial and disposition.

WHEREFORE, on the grounds here stated and the agreement of the parties, Plaintiff and Defendants jointly pray that this action be transferred to the Southern Division of the Central District of California.

Dated this 29 of February, 2008.

THE ADAMS LAW FIRM

By _____
Paul Adams, (Bar No. 42,146)
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810

Attorney for Defendants

| | |
|---|---|
| 1 | |
| 2 | WYMAN & ISAACS, LLP |
| 3 | |
| 4 | By _____ |
| 5 | Bruce Issacs |
| 6 | Carol Tenney |
| 7 | 8840 Wilshire Blvd. Suite 200 |
| 8 | Beverly Hills, CA 90211-2606 |
| 9 | Telephone: (310) 358-3221 |

Attorney for Plaintiff

Motion to Transfer 4