Paul Adams (Bar No. 42,146)
THE ADAMS LAW FIRM
California Address
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Facsimile: 619-955-5318

Attorneys for Defendants



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTER REPLICAS, INC., a California corporation, now known as Corgi International Ltd., <br><br> Plaintiff, <br><br> v. <br><br> LEVITATION ARTS, INC. a Kentucky corporation; KAREN A. SHERLOCK, an individual; MICHAEL F. SHERLOCK, an individual; and Does 1-100, Inclusive, <br><br> Defendants. | Case No.: C 08-01011 PJH <br><br> **RESPONSE TO STANDING ORDER RE REMOVED CASES** |

Pursuant to the Court's Order of February 20, 2008, Defendants, through their counsel, hereby submit the following information.

The Court's Attention is called to the fact that Plaintiff and Defendants have filed a Joint Motion for Change of Venue Pursuant to 28 U.S.C. § 1404(a) contemporaneous with this submission.

1.   All Defendants served at the time of removal joined in the Notice of Removal.

2.   The Notice of Removal was dated less than 30 days after the Defendant was first served.

1   3.  The action was removed on the grounds of diversity jurisdiction and no Defendant served at the time of removal is or was a citizen of California.

4.  The action was removed on the grounds of diversity jurisdiction and the citizenship of the Plaintiff, Master Replicas, Inc. is the State of California; all named Defendants, Levitation Arts, Inc., Karen A. Sherlock and Michael F. Sherlock are citizens of the State of Texas.

Dated this 28th of February, 2008.

THE ADAMS LAW FIRM

By _____
Paul Adams, (Bar No. 42,146)
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810

Attorney for Defendants

**CERTIFICATE OF SERVICE**

The undersigned states that the foregoing pleading was sent via U.S. first class mail this 28th day of February, 2008 to the following counsel of record:

WYMAN & ISAACS, LLP
Bruce Isaacs
Carol Tenney
8840 Wilshire Blvd. 2nd Floor
Beverly Hills, CA 90211
(310) 358-3221

_____
Paul Adams

Response to Order 2