UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTER REPLICAS, INC.,

    Plaintiff,

    v.

LEVITATION ARTS, INC., et al.,

    Defendants.

_____/

No. C 08-1011 PJH

**ORDER GRANTING MOTION FOR CHANGE OF VENUE**

In accordance with the parties' joint motion for change of venue, and based upon a finding that the transfer would be consistent with the convenience of the parties and witnesses and in the interests of justice, the above-entitled action is hereby ordered transferred to the Central District of California.

The court notes that the parties have also requested assignment to the Southern Division (Santa Ana). This court is not authorized to transfer cases to particular divisions within a transferee district.

**IT IS SO ORDERED.**

Dated: March 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge