**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 4, 2008

United States District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: **CV 08-01011 PJH  MASTER REPLICAS INC-v-LEVITATION ARTS INC**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- X  Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

ADRMOP, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01011-PJH
### Internal Use Only

| | |
|---|---|
| Master Replicas Inc. v. Levitation Arts Inc. et al | Date Filed: 02/20/2008 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 03/03/2008 |
| Case in other court: San Francisco County Superior Court of CA, CGC-08-470739 | Jury Demand: Plaintiff |
| | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Master Replicas Inc.**
*a California corporation*
*also known as*
Corgi International Ltd.

represented by **Bruce Alan Isaacs**
Wyman & Isaacs LLP
8840 Wilshire Blvd., Second Floor
Beverly Hills, CA 90211
(310) 358-3221
Fax: (310) 358-3224
Email: bisaacs@wymanisaacs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Tenney**
Wyman & Isaacs LLP
8840 Wilshire Boulevard
Second Floor
Beverly Hills, CA 90211
310-358-3221
Fax: 310-358-3224
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Levitation Arts Inc.**
*a Kentucky corporation*

represented by **Paul Adams**
The Adams Law Firm
550 West C Street
Suite 2000
San Diego, CA 92101
619-241-4810
Fax: 619-955-5318
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karen A. Sherlock**  
*an individual*

represented by **Paul Adams**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael F. Sherlock**  
*an individual*

represented by **Paul Adams**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | NOTICE OF REMOVAL from San Francisco County Superior Court of California. Their case number is CGC-08-470739. (Filing fee $350 receipt number 34611015988). Filed byLevitation Arts Inc., Karen A. Sherlock, Michael F. Sherlock. (far, COURT STAFF) (Filed on 2/20/2008) (Additional attachment(s) added on 3/3/2008: # 1 Notice of Removal Part Two) (far, COURT STAFF). (Entered: 02/21/2008) |
| 02/20/2008 |  | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/21/2008) |
| 02/20/2008 | 2 | ADR SCHEDULING ORDER: Case Management Conference set for 5/29/2008 02:30 PM. Case Management Statement due by 5/22/2008. (Attachments: # 1 Standing Order) (far, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/21/2008) |
| 02/29/2008 | 3 | JOINT MOTION for Change of Venue Pursuant to 28 U.S.C. Section 1404(a) filed by Master Replicas Inc., Levitation Arts Inc., Karen A. Sherlock, Michael F. Sherlock. (far, COURT STAFF) (Filed on 2/29/2008) (Entered: 03/03/2008) |
| 02/29/2008 | 4 | RESPONSE to 2 Standing Order re Removed Cases filed byLevitation Arts Inc., Karen A. Sherlock, Michael F. Sherlock. (far, COURT STAFF) (Filed on 2/29/2008) (Entered: 03/03/2008) |
| 03/03/2008 | 5 | ORDER by Judge Hamilton granting 3 Motion to Change Venue. Case transferred to the Central District of California. (pjhlc1, COURT STAFF) (Filed on 3/3/2008) Modified on 3/4/2008 (far, COURT STAFF). (Entered: 03/03/2008) |
| 03/03/2008 |  | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/04/2008) |
| 03/04/2008 | 6 | CLERK'S LETTER to USDC Central District of California re transfer of case. (far, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/04/2008) |