**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED

08 MAR 24  PM 1: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
General Court Number

415.522.2000

March 4, 2008

United States District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

### RE: **CV 08-01011 PJH  MASTER REPLICAS INC-v-LEVITATION ARTS INC**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

      ☐     Certified copy of docket entries.

      ☐     Certified copy of Transferral Order.

      ☐     Original case file documents.

      X     Please access the electronic case file for additional pleadings you may need. See

           the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

CV 08-01846 **JFW**  **VBKx**